### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BILLY CHARLES AARON,                                                          PLAINTIFF
ADC #110649

v.                        No. 5:12CV00205 JLH-JTK

SUSAN WEBBER WRIGHT, et al.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 2nd day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE