# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY CHARLES AARON,                                       PLAINTIFF
ADC #110649

v.                    No. 5:12CV00205 JLH-JTK

SUSAN WEBBER WRIGHT, et al.                          DEFENDANTS

## **ORDER**

The plaintiff's motion for reconsideration is DENIED. Document #9.

IT IS SO ORDERED this 13th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE